Jill P. Telfer, Esq. (State Bar No. 145450)
LAW OFFICES OF JILL P. TELFER
*A Professional Corporation*
331 J Street, Suite 200
Sacramento, California 95814
Telephone: (916) 446-1916
Facsimile: (916) 446-1726
Email: jtelfer@telferlaw.com

Attorneys for Plaintiff/Petitioner
**KARIN BJORK**

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KARIN BJORK,**<br><br>    **Plaintiff,**<br>vs.<br>**COUNTY OF PLACER THE DISTRICT ATTORNEY'S OFFICE, and DOES 1 through 10, inclusive,**<br><br>    **Defendant**. | **LEAD CASE NO. 2:14-CV-01983-MCE-EFB**<br>CASE NO. 2:13-CV-01616-MCE-EFB<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR PROTECTIVE ORDER** |
| **KARIN BJORK,**<br><br>    **Plaintiff,**<br>vs.<br>**COUNTY OF PLACER THE DISTRICT ATTORNEY'S OFFICE, and DOES 1 through 10, inclusive,**<br><br>    **Defendant**. | Date:              November 18, 2015<br>Time:              10:00 a.m.<br>Courtroom:       8, Third Floor<br>Magistrate Judge: Hon. Edmund F. Brennan |

   Plaintiff Karin Bjork moved this Court for a Protective Order to Defendant County of Placer's Request for Admissions, Set Three, which included Requests for Admission No. 133 through 435, on the basis the volume was unduly burdensome. In addition, the Plaintiff contended the requests were objectionable being argumentative, vague, ambiguous and cumulative.

---

On November 18, 2015, the Court having considered the papers on request, the Joint Statement of the parties, oral argument made by counsel for each party, and good cause appearing therefor,

IT IS ORDERED that the request be and is hereby GRANTED.  Defendant is permitted to propound ten additional Request for Admissions in this matter with the guidance provided by the Court at the hearing.

Dated:  December 7, 2015.

EDMUND F. BRENNAN
MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT