LAW OFFICES OF JILL P. TELFER
Jill P. Telfer (SBN: 145450)
jtelfer@telferlaw.com
331 J Street, Suite 200
Sacramento, California  95814
Telephone:  (916) 446-1916
Facsimile:  (916/446-1726

Attorneys for Plaintiff
KARIN BJORK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARIN BJORK,<br><br>       Plaintiff,<br><br>vs.<br><br>COUNTY OF PLACER, THE DISTRICT ATTORNEY'S OFFICE, and DOES 1 through 10, inclusive,<br><br>       Defendants. | **LEAD CASE NO. 2:14-CV-01983-MCE-EFB**<br>CASE NO. 2:13-CV-01616-MCE-EFB<br><br>~~**PROPOSED**~~ **SUMMARY ORDER FOR MOTION FOR LEAVE TO CONDUCT WILSON DEPOSITION**<br><br>DATE: March 2, 2016<br>TIME: 10:00 a.m.<br>COURTROOM: 8,<br>MAGISTRATE JUDGE: Hon. Edmund F. Brennan |

1

1  Plaintiff Karin Bjork moved this Court for leave to conduct Assistant District Attorney Jeff Wilson's ("Wilson") deposition in this consolidated action in regards to claims and defenses alleged in the second action Bjork v. County of Placer the District Attorney's Office, Placer County Civil Service Commission, et al., Case No.: 2:14-CV-01983-MCE-EFB.

On March 3, 2016, the court having considered the papers on request, the Joint Statement of the parties, oral argument made by counsel for each party, and good cause appearing therefor,

IT IS ORDERED that the request be and is hereby GRANTED. Plaintiff may conduct the deposition of Placer County Assistant District Attorney Jeff Wilson.

Dated: March 14, 2016.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2