JILL P. TELFER, (STATE BAR NO. 145450)
LAW OFFICES OF JILL P. TELFER
A Professional Corporation
331 J Street, Suite 200
Sacramento, California 95814
Telephone:   (916) 446-1916
Facsimile:    (916) 446-1726
Email: jtelfer@telferlaw.com

Attorneys for Plaintiff
**KARIN BJORK**

**UNITED STATES OF DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **KARIN BJORK,**<br><br>        **Plaintiff,**<br>**vs.**<br><br>**COUNTY OF PLACER THE DISTRICT ATTORNEY'S OFFICE, and DOES 1 through 10, inclusive,**<br><br>        **Defendant.** | Lead Case No. 2:14-cv-01983-MCE-EFB<br>Case No. 2:13-cv-01616-MCE-EFB<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTIONS TO COMPEL DOCUMENTS AND DENYING DEFENDANTS MOTION TO QUASH A DEPOSITION SUBPOENA OF TERESA LEVENFELD** |
| **KARIN BJORK,**<br><br>        **Plaintiff,**<br>**vs.**<br><br>**COUNTY OF PLACER THE DISTRICT ATTORNEY'S OFFICE, and DOES 1 through 10, inclusive,**<br><br>        **Defendant.** | Date:        July 20, 2016<br>Time:        10:00 a.m.<br>Courtroom:  8<br>Judge:       Hon. Edmund F. Brennan |

///

///

///

///

[PROPOSED] ORDER

Plaintiff Karin Bjork's ("Bjork") two Motions to Compel Documents [Dkt. 49 and 50] and Defendants Motion to Quash the deposition subpoena of investigator Teresa Levenfeld [Dkt. 54] came on for hearing on Wednesday July 20, 2016. Jill P. Telfer appeared on behalf of Plaintiff Karin Bjork. David K. Huskey appeared on behalf of Defendant County of Placer District Attorney's Office.

After review of the papers and arguments made by counsel, the Court granted Plaintiff's Motion to Compel Document Request 4, 6, 8, 15, 18, 22 and 24 with the following conditions:

1. Plaintiff shall amend document request No. 15, 22, and 24 to be more narrowly tailored as described at the hearing.

2. Third parties whose documents are being produced in response to Document Request No. 15 shall have 7 days to object to the production of documents. Said objection must be electronically filed with the Court.

3. Counsel for the Defendant shall immediately notify third parties whose records are being requested, under Document Request No. 15 and inform them of their right to object to document request within seven days.

4. As to documents requested concerning third party Rich Opich, the Defendant is only required to produce documents concerning any performance concerns about Rich Opich over the last 10 years of his employment. However, if Defendant plans to raise issues regarding Rich Opich's performance from an earlier time frame, it must immediately turn over any responsive documents from the earlier time frame.

As to these three discovery motions, the parties are reminded that if there is a need to modify the protective order, the parties may do so and submit a proposed order to the Court.

///

IT IS SO ORDERED.

Dated: July 25, 2016.

_____
EDMUND F. BRENNAN
MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT

Approved as to Form:

*/s/ David Huskey*
_____
David K. Huskey
Attorney for Defendant County of Placer

3
[~~PROPOSED~~] ORDER