UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARIN BJORK, | No. 2:14-cv-1983-MCE-EFB |
| Plaintiff, | |
| v. | ORDER |
| COUNTY OF PLACER, et al., | |
| Defendants. | |

On July 25, 2016, the court granted plaintiff's motion to compel production of documents. ECF No. 60. That order provided that third parties whose employment records would be produced could, within 7 days, file objections to the production of their records. *Id*. at 2.

Third party Megan Dean Marshall filed a request for a thirty day extension of time (i.e., until August 30) to submit objections. ECF No. 61. The court granted the request in part, and gave Ms. Marshall until August 12, 2016 to submit her objections. ECF No. 62. To date, no objections have been filed with the court. However, on August 10, 2016, the court received a document from Ms. Marshall, which was enclosed in an envelope labeled "Confidential-Only to be opened by Judge Brennan." The document itself is labeled "Confidential-Under Seal." The document is construed as a motion for a sealing order.

/////

/////

1

It is apparent that Ms. Marshall wishes to have this document filed in this case under seal. She has not, however, complied with Local Rule 141, which sets for the procedures that must be followed when requesting to file documents under seal. Nor does she address the standards applicable to any request to file a document under seal. *See Press-Enterprises Co. v. Superior Court of Riverside*, 464 U.S. 501, 509 (1984) (in determining whether a document should be sealed, the court begins with a presumption of public access to court documents); *Hagestad v. Trafesser*, 49 F.3d 1430, 1434 (9th Cir. 1995) (in deciding whether the presumption of access is overcome, the court considers the "public interest in understanding the judicial process and whether disclosure of the material could result in improper use of the material for scandalous or libelous purposes or infringement upon trade secrets."). Accordingly, the motion to file the documents under seal is denied. The document will not be considered by the court, and the clerk is directed to return it to Ms. Marshall, together with a copy of this order. *See* E.D. Cal. L.R. 141(e)(1).

DATED: August 11, 2016.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE