PLACER COUNTY COUNSEL'S OFFICE
David K. Huskey (SBN 109329)
175 Fulweiler Avenue
Auburn, California 95603
Telephone: (530) 889-4044
Facsimile: (530) 889-4069

Attorneys for Defendant
COUNTY OF PLACER THE DISTRICT ATTORNEY'S OFFICE

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KARIN BJORK<br><br>Plaintiff,<br>vs.<br><br>COUNTY OF PLACER THE DISTRICT ATTORNEY'S OFFICE, and DOES 1 through 10, inclusive,<br><br>Defendants | **Case No. 2:14-cv-01983-MCE-EFB**<br><br>**NOTICE OF REQUEST TO SEAL DOCUMENTS**<br>**[L.R. 140 and 141]** |

**TO PLAINTIFF AND HER ATTORNEY OF RECORD:**

Please take notice that pursuant to Local Rules 140 and 141 Defendant COUNTY OF PLACER THE DISTRICT ATTORNEY'S OFFICE hereby requests the Court an order to seal documents and/or to redact names as set forth more particularly in the points and authorities supporting this request, and for the reasons stated in those points and authorities.

/ /

/ /

/ /

/ /

/ /

This request is based upon this Notice of Request, the Points and Authorities submitted in support of this request, the Declaration of David K. Huskey in support of this Request and the Exhibits thereto, and Proposed Order submitted to the Court.

Dated: November 21, 2016

PLACER COUNTY COUNSEL'S OFFICE

By: /s/ DAVID K. HUSKEY
DAVID K. HUSKEY
Attorneys for Defendant PLACER COUNTY DISTRICT ATTORNEY'S OFFICE