UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| KARIN BJORK,<br><br>    Plaintiff,<br><br>    v.<br><br>COUNTY OF PLACER THE DISTRICT ATTORNEY'S OFFICE, and DOES 1 through 10, inclusive,<br><br>    Defendant. | No. 2:14-cv-01983-MCE-EFB<br><br>**ORDER REGARDING DEFENDANTS' REQUEST TO SEAL EVIDENCE AND REDACT NAMES, AND AMENDING THE PRETRIAL SCHEDULING ORDER** |
|---|---|

Before the Court is Defendant's opposed Request to Seal Documents. <u>See</u> ECF No. 68. Upon consideration of that request and Plaintiff's opposition thereto, in order to protect the privacy of certain former employees of the County of Placer who are witnesses to issues involved in this case, the Court—in a sealed order of the same date—has ordered the following:

1. Redaction of the names of certain former employees and the sealing of certain evidence related to the disciplinary actions brought against those employees.
2. The Court has further ordered the sealing of all evidence related to the performance of another former employee, and redaction of that employee's name as well.

1

3. Lastly, the Court has ordered the redaction of any mention in the evidence of the specific medical issues, condition, diagnosis, or specific medication of another former employee.  The parties were also ordered to refer to such medical issues and medication in the briefs—if at all—in general terms, without referencing any specific issue, condition, diagnosis, or medication.

4. Defendant's Request to Seal and Proposed Order, Plaintiff's Opposition thereto, and Defendant's Reply, as well as the Order of this Court titled "Sealed Order," shall be filed under seal.

Additionally, and pursuant to the parties' stipulation (ECF No. 70) and good cause appearing, the Court orders that the Motion Hearing Schedule, as outlined in the Pretrial Scheduling Order (ECF No. 34) be modified as follows:

The last day to hear dispositive motions shall be February 23, 2017.  All papers should be filed in conformity with the Local Rules.  The parties are directed to review Local Rule 141 for instructions regarding the filing of sealed documents.  With respect to Motions for Summary Judgment only, the parties shall comply with the following filing deadlines:

- Any Motion for Summary Judgment shall be filed at least 8 weeks prior to hearing.  Defendant is therefore ordered to file a redacted version of its pending summary judgment motion along with any public exhibits per the Court's order above, on or before December 29, 2016.  At that time, Defendants shall email any approved sealed exhibits to the Court at approvedsealed@caed.uscourts.gov, pursuant to Local Rule 141.
- Opposition and any cross-motion shall be filed at least 5 weeks prior to hearing.
- Reply and opposition to cross-motion shall be filed at least 3 weeks prior to hearing.
- Reply to cross-motion shall be filed at least 1 week prior to hearing.

1	All other dates, deadlines, and procedures provided in the Pretrial Scheduling
2	Order shall remain unchanged by this order.
3	IT IS SO ORDERED.
4	Dated: January 4, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE