LAW OFFICES OF JILL P. TELFER
A Professional Corporation
JILL P. TELFER, ESQ. (State Bar No. 145450)
331 J Street, Suite 200
Sacramento, California 95814
Telephone: (916) 446-1916
Facsimile: (916) 446-1726
email: jtelfer@telferlaw.com

Attorneys for Plaintiff
**KARIN BJORK**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KARIN BJORK,**<br>    Plaintiff,<br>vs.<br>**COUNTY OF PLACER THE DISTRICT ATTORNEY'S OFFICE, and DOES 1 through 10, inclusive,**<br>    **Defendants.** | LEAD CASE NO.: 2:14-CV-01983-MCE-EFB<br>CASE No.: 2:13-CV-01616-MCE-EFB<br><br>**PLAINTIFF'S NOTICE OF SETTLEMENT** |

**TO THE COURT:**

In accordance with Local Rule 160, Plaintiff Karin Bjork hereby submits this Notice of Settlement to the Court. The parties have executed a settlement Agreement, but can not dismiss the case until the documents that are the subject of the Stipulated Request to Seal Documents filed on November 11, 2018, Docket Entry Number 103, have been placed under seal.

///
///
///
///
///
///

Accordingly, the parties respectfully request that the Court vacate any other further deadlines and hearings. Once the Court has ordered the sealing of the requested documents and the conditions of the settlement agreement are met, the parties will file a Stipulation to Dismiss.

Dated: November 19, 2018                     LAW OFFICES OF JILL P. TELFER

                                             */s/ Jill P. Telfer*
                                             Jill P. Telfer
                                             Attorneys for Plaintiff